May 13, 2014

To The Honorable Judge Susie Morgan,

This letter is being written to you on behalf of inmate Stanley Zdon 3rd, by myself Stanley Zdon Jr (father) and Doreen L. Zdon ( mother ).  It is with great regret that circumstances have even led us to the writing of this letter.  We know you will soon be passing judgment upon and sentencing Stanley to serve a prison term.  I'm sure you are very familiar with the evidence in his case, or will be very shortly, so I won't go into that. I would however like to take this opportunity to share with you the person that we, and the community in which we live, do know.  A side of this person, which the media does not portray.

   Looking back, I can't remember Stanley ever getting into trouble. Not his entire life, from grade school through high school.  He never had one fight, not one detention.  As a matter of fact out of four years of high school, three of those years he had perfect attendance, only missing his last year of it due to taking off on "senior cut day" !  His work ethic his entire life has been outstanding.  He started busing tables at a local restaurant at 13 years old.  He was taught to save his money and at 17 years old he bought his own car.   None of this ever affected his dedication towards his academics.  He was presented a scholarship to a community college where he earned his Associates degree, he then attended a State college.  This was the time he was briefly a substitute teacher.  Of course when this news broke out the local media portrayed him as a substitute teacher!  What they did not report was that after he learned what it was like dealing with high school kids, he stopped pursuing that profession. That was 4 years ago.

He has lived on his own for the last 4 years.  My wife and I were quite proud of him.  He had a lot going for him with his career, and how we were watching him fix up his apartment little by little.  We are a tight knit family, we talk to him every evening since he has been in custody.  No one who ever knew him can comprehend him doing the crime he committed.  Every day I shake my head in disbelief.  I know how remorseful he feels over his actions, how it has affected others lives', and how it has degraded our family name.  I do know, that with what he has been put through up to this point, he would never consider doing anything of this nature again.  Of course I'm his father and you expect me to say something like that, but , it's true.  I can only hope that you look at him and realize he is very remorseful. I can't explain what he was thinking during this short time span of his life.  Please have mercy on him, please don't take away his whole adult life.

Sincerely,

Stanley Zdon Jr.

Doreen L. Zdon

To The Honorable Judge Susan Morgan,

This letter is being written to you on behalf of inmate Stanley Zdon III, by me Jenine Zdon his younger sister. It breaks my heart that a letter in which I have been given the option to write to you has become the fate, or somewhat of what my brother has subject himself to. I am deeply saddened as you can imagine that a family member would even have to do such a thing. However since I have been given the option to do so I ask myself what it could hurt in this situation. I would like to tell you about the person and grown man that I know my brother to be, not this horrific monster the public and social media has portrayed him as.

Growing up I have always looked up to my brother. Since being little kids Stanley always knew the 'right' answer and always excelled at everything he did. My brother has never given me any kind of doubt that anything he put his mind to he could not achieve. And achieve is what he did. He was a perfect student and always showed up to work whether or not he was ill. He always would take the time to read a book or write one (which he did write multiple between the ages of 10-13), yet still find time to catch lightening bugs with us or play in our pool. Stanley liked to be home with our family and he never ever got into any trouble. A simple traffic ticket from Stanley would have shocked my parents and I included.

Our childhood was a blessing; one I know that many children will never get to experience such joy. We went on family vacations to Disney multiple times. We have been up and down the East coast for various other family trips throughout the years as well, a better upbringing than most children could say they've had. Our family is very very close and almost every weekend in the summer we get together and pick blue claw crabs, Stanley is always present. He started working at a young age which gave him the sense of a dollar and what it could amount to. At seventeen he bought himself a car and drove me to school every single day thereafter.

My brother was an honor roll student and was accepted into college for free. He excelled at all subjects and had earlier dreams of becoming an English Major. My brother is a low key kind of person, anything with the fear of danger or God in it would scare him. He is a completely harmless person and would never hurt anyone. Our community knows Stanley to be a smart and well educated person; he has many friends and much support. This nightmare reality has come at us all like a bullet. We as a family and a community would have never presumed that someone with such a stature would be penalized for such actions. I beg you to have mercy on my brother when the day of sentencing comes. I understand what he has done and that there is no good to come of that, however please do not subject my only brother to be an example for our country because he is so much greater than all of this.

Thank you for taking the time to read this

Sincerely – Jenine Zdon