Your Honor,                                        CR. 13-257-E

    This is a letter in which it has taken me quite some time to write you, because this matter means so much to me.

    Soon you will be sentencing my brother, Stanley Zdon III. What you, and all of the rest of society "thinks" about him, is that he is a "monster". What I know about him, and what the rest of his family + friends think of him is so much more.

    Stanley is my big brother, the oldest sibling, and by far the smartest man I have ever met. He is such a hard worker and has been working since the age of 12, to accomplish all of his achievements in life, thus far.

    I have always looked up to my brother, whether it be for academic purposes, or because he was such a hardworker, or because he is just such a great person.

    Stanley has never been in trouble and has never committed a crime before all of this.

    If anything through talking to him on the phone, I truly do know how sorry he is for the things that he has done, and would be even more beneficial to society. He would do even better to prove what a great man he really is.

    He did however commit a crime, and with all crimes, people get punished + sentenced to some time. Yet, Your Honor, Stanley should not have to be sentenced for life, or for even a huge portion of his life.

TENDERED FOR FILING

SEP - 9 2014

DISTRICT COURT
District of Louisiana
Clerk

We have such a close family, that not only is this taking a toll on each and every one of us, but him too.

He knows, I know, and even my family knows that when he can finally come home, he can and will be a great member to society again. He would not only strive to do better, but to become an even better person. Everybody learns from their mistakes.

I am simply asking you to not sentense my brother forever. I need him, but most of all, My Mother, who was diagnosed with stage-four cancer a couple years ago, needs him the most, for her health.

I know that this could just be yet another letter to you, and not change your mind at the slightest, but I beg of you. Please don't take away his entire life because of the actions he made. Stanley is truly a very smart, genuine, talented, hardworking and a one of a kind person.

I just hope you would take all of this into your own consideration, and try to see this from our point of views.

Please don't send my brother away forever.

Sincerely,
Rachel A. Zdon-Lee