UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-257 |
| STANLEY ZDON, III | SECTION: "E" (1) |

### ORDER

Before the Court is a Motion for Sentencing Transcript filed by Defendant Stanley Zdon, III.[1] Defendant requests the Court furnish a copy of his sentencing transcript. Defendant does not indicate how he intends to use the transcript. Defendant has not sought an appeal of his sentence nor does he have any pending dispositive motions before the Court.

Whether to order copies of court documents under 28 U.S.C. § 2250 rests within the sound discretion of the Court. "A federal prisoner is not entitled to obtain copies of court records at Government's expense for the purpose of searching the record for possible error."[2]

In this case, Defendant fails to specify how he intends to use his sentencing transcript in light of the posture of his case.

Accordingly, **IT IS ORDERED** that the Motion for Sentencing Transcript is **DENIED**.[3]

**New Orleans, Louisiana, this 1st day of July, 2020.**

                                        *Susie Morgan*
                                  **SUSIE MORGAN**
                        **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 56.
[2] *Walker v. United States*, 424 F.2d 278, 279 (5th Cir. 1970) (citations omitted); *see also United States v. Watson*, No. 02-30604, 2003 WL 1109766, at *1 (5th Cir. Feb. 19, 2003) (holding that petitioners are "not entitled to conduct a 'fishing expedition' to locate possible errors").
[3] R. Doc. 56.